IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CALVIN LEON MASSEY, #155562, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.  2:14cv399-WHA |
| ) | |
| LEEPOSEY DANIELS, et al., ) | (wo) |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #24) and the Petitioner's Objection thereto (Doc. #25).

The court has conducted an independent evaluation and *de novo* review of the file in this case and finds that the Objection merely presents the same arguments that the Petitioner presented in his Amended Petition for Writ of Habeas Corpus. These arguments were discussed and rejected by the Magistrate Judge.  The court agrees with the Magistrate Judge's discussion and conclusions, and finds the Objection to be without merit.  Therefore, it is hereby ORDERED as follows:

1. The Objection is OVERRULED.

2. The court adopts the Recommendation of the Magistrate Judge.

3. This petition for habeas corpus relief under 28 U.S.C. §2254 is DENIED and this case is DISMISSED with prejudice.

4. Final Judgment will be entered accordingly.

DONE this 28th day of November, 2016.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE