IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CALVIN LEON MASSEY, #155562, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.  2:14cv399-WHA |
| ) | |
| LEEPOSEY DANIELS, et al., ) | (wo) |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

In accordance with the order of the court entered on this date, Final Judgment is entered in favor of the Defendants and against the Plaintiff.

No costs are taxed.

DONE this 28th day of November, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE